UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI GIROTTO,

        Plaintiff,

- against -

PEDIGREE SKI SHOP, INC., ET AL.,

        Defendants.

23-cv-9298 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the defendants to answer is extended to **February 16, 2024**.

SO ORDERED.

Dated:    New York, New York
           February 2, 2024

                                        John G. Koeltl
                                  United States District Judge