**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUIGI GIROTTO,                                    CASE NO: 7:23-cv-09298-CS

      Plaintiff,

vs.

PEDIGREE SKI SHOP, INC., a New
York corporation, d/b/a PEDIGREE
SKI SHOP, and B.F.D. REALTY
CORP., a New York corporation,

      Defendants.

_____/

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br>AND ORDER OF DISMISSAL</u>

COME NOW, Plaintiff, LUIGI GIROTTO, and Defendant, PEDIGREE SKI SHOP, INC., a New York corporation, d/b/a PEDIGREE SKI SHOP, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

      Dated: This 29th day of August, 2024.

By: _____       By: _____
    Robert J. Mirel, Esq.                         Nicholas P. Chrysanthem, Esq.
    THE WEITZ LAW FIRM, P.A.                      Marshall Dennehy Warner
    18305 Biscayne Blvd., Suite 214               Coleman and Goggin
    Aventura, FL 33160                            88 Pine Street, 21st Floor
    Telephone: (305) 949-7777                     Wall Street Plaza
    Facsimile: (305) 704-3877                     New York, NY 10005
    Email: RJM@weitzfirm.com                      Telephone: (212) 376-6400
    *Attorneys for Plaintiff*                     Fax: (212) 376-6490
                                          Email: NPChrysanthem@mdwcg.com
                                          *Attorneys for Defendant,*
                                          *PEDIGREE SKI SHOP, INC.*

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.

Dated: _____8/29/24_____